

Main Office: 403 Main St., Suite 600, Buffalo, NY 14203
Dunkirk: 314 Central Ave. Suite 200, Dunkirk, NY 14048 *not for service*
P 716.806.3500 · F 716.303.7660
W www.vandettelaw.com

February 13, 2025

VIA CMECF ONLY
Hon. Elizabeth A. Wolford
U.S. District Court, Western District of New York
2 Niagara Square
Buffalo, NY 14202

      RE:    Wyatt v. Kozlowski, et. al.
              Case No.: 1:19-cv-00159-EAW-LGF

Dear Judge Wolford:

Pursuant to your Text Order dated January 30, 2025, please be advised of the following updates in regard to the above-referenced matter:

The matters of *Wyatt v. County of Erie, et. al*, 1:17-CV-00446-WKS (WDNY), and *Wyatt v. Kozlowski,* 1:19-cv-00159-EAW (WDNY), have reached a global settlement through mediation in conjunction with the companion state law actions *Wyatt v. Erie County Medical Center Corporation, et al. Index No.: 805746/2017,* and *Lugo v. Wyatt Index No.: 813746/2016*.

Since that time, plaintiff has filed a motion with Surrogates Court on or about November 12, 2024 requesting Surrogate Court's action and approval of compromise and settlement of claim.

Surrogate's Court issued a decree on February 11, 2024, approving settlement of claim. Said decree is in the process of being forwarded to all counsel.

General Releases from defendants can be expected in the near future and upon receipt thereof, a Stipulation of Discontinuance will be promptly submitted.

Please contact me with any questions or concerns.

Thank you for your time and attention.

Very truly yours,

VANDETTE LAW PLLC

James M. VanDette, Esq.
JMV/mf
Enc.

    James M. VanDette               Patrick A. Makin
    E: jim@vandettelaw.com        E: patrick@vandettelaw.com

    Richard J. Morrisroe            Christina Tretter-Herriger
    E: richm@vandettelaw.com     E: christina@vandettelaw.com