

**MAIN OFFICE:** 403 MAIN ST., SUITE 600, BUFFALO, NY 14203
**DUNKIRK:** 314 CENTRAL AVE. SUITE 200, DUNKIRK, NY 14048 *NOT FOR SERVICE*
P 716.806.3500 · F 716.303.7660
W WWW.VANDETTELAW.COM

April 3, 2025

VIA CM/ECF
United States District Court
Attn: Hon. Elizabeth Wolford
100 State Street
Rochester, NY 14614

RE:   Wyatt v. Kozlowski, et. al.
      1:19-cv-00159-EAW-LGF

Dear Judge Wolford:

As you are aware, this office represents the Plaintiff Tawana Wyatt as Administrator of the Estate of India Cummings in the above-referenced matter. Plaintiff has two separate claims on behalf of the Estate of India Cummings, Wyatt v. Kozlowski, et. al. 1:19-cv-00159-EAW-LGF and Wyatt v. City of Lackawanna, et. al. 1:17-cv-00446-WKS. A motion to file for settlement approval under seal was filed under both cases.

Please be advised that by Text Order dated March 31, 2025, Hon. William K. Sessions III granted Plaintiff's Motion to File Under Seal. [DKT. No.: 209].

By letter dated April 3, 2025, Notice of Motion and Attorney Declaration with Exhibits and Judge Sessions Order, were hand delivered to United States District Court to be filed under seal.

Thank you for your time and attention.

Very truly yours,

VANDETTE LAW PLLC

James M. VanDette, Esq.
JMV/mf
Enc.

JAMES M. VANDETTE
E: JIM@VANDETTELAW.COM

RICHARD J. MORRISROE
E: RICHM@VANDETTELAW.COM

PATRICK A. MAKIN
E: PATRICK@VANDETTELAW.COM

CHRISTINA TRETTER-HERRIGER
E: CHRISTINA@VANDETTELAW.COM